**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**HYTROL CONVEYOR COMPANY, INC.**                                                      **PLAINTIFF**

v.                                         No. 3:14-CV-261-JM

**CENTIMARK CORPORATION**                                                                **DEFENDANT**

**CONTINENTAL CASUALTY COMPANY**
As Subrogee of Hytrol Conveyor Company, Inc.                                  **INTERVENOR**

**ORDER OF DISMISSAL**

Comes before the Court the joint Motion of Plaintiff, Defendant, and Intervenor seeking to have the above-captioned lawsuit dismissed with prejudice. The Court has been advised that the parties have resolved the dispute between them and, based upon the foregoing, this lawsuit is hereby dismissed with prejudice.

IT IS SO ORDERED this __9th__ day of January_____, 2017.

_____
HONORABLE JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE